SAMUEL J. STIEBEL et al., Appellants, *v.* EDMUND LISS-BERGER, Respondent.

Reported below, 166 App. Div. 164.
(Submitted May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1915, affirming a judgment in favor of defendant in an action to recover upon promissory notes.

Also notice to amend notice of appeal.

The motion to dismiss appeal was made upon the ground that the notice of appeal was defective and that the appellant had failed to file the required return.

*Nathaniel A. Elsberg* for motion to dismiss appeal.

*Barnett L. Hollander* opposed.

Motion to dismiss appeal granted unless the appellants within twenty days file the record on appeal and pay to the respondent ten dollars costs of this motion; if these conditions are complied with the motion is denied. Motion to amend notice of appeal granted.